ZELDA HYMAN v. CHARLES NESSLER, etc.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted upon appellant's filing under-

takings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.